DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 06-329-DAD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| JORGE PADILLA-RUIZ, ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning December 14, 2006 and extending through January 4, 2007 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until January 4, 2007. Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that local authorities can determine whether to charge Mr. Padilla-Ruiz in state court. Their decision will affect the federal case.  The parties stipulate that this interest of justice outweighs the interest of

the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until January 4, 2007, or such time as either party may request a hearing for a purpose other than preliminary examination.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: December 14, 2006      By:    /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney


DATE: December 14, 2006             /s/ Rachelle Barbour
                                    Rachelle Barbour
                                    Assistant Federal Defender
```

**SO ORDERED.**

DATED:   December 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE